UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20418-MOORE/D'ANGELO
CASE NO._____

IN RE SEALED INDICTMENT
_____/

FILED BY ___BM___ D.C.
Sep 24, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 24th day of September, 2025.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
United States Magistrate Judge

cc: AUSA Joseph A. Mahoney