UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-CR-20418-MOORE/D'ANGELO(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Pedro Rodriguez, et al
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/25/25

                                              Marty F. Elfenbein
                                            **UNITED STATES MAGISTRATE JUDGE**