UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20418-EA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LERIANEY OLIVEIRA MARINO-NUNES,
    a/k/a "Lilly,"
    a/k/a "Miami,"
    a/k/a "La Bichota," and
PEDRO RODRIGUEZ
    a/k/a "Peter,"
    a/k/a "Lab SALON,"

        Defendants.
_____/

## JOINT MOTION TO CONTINUE

COMES NOW, Lerianey Oliveira Marino-Nunes, by and through undersigned counsel, and the United States of America, by and through Assistant United States Attorney Joseph Mahoney and hereby jointly move this Honorable Court for a continuance of the Calendar Call currently scheduled for Wednesday, November 12th, at 1:30pm and Trial currently scheduled for November 17th, at 9:00am.

In support thereof, the parties state as follows:

1. The undersigned counsel was recently appointed on Friday, November 7th, to represent Ms. Marino-Nunes in this matter and requires additional time to review discovery, confer with the client, and prepare for the upcoming proceedings.

2. Undersigned counsel for Ms. Marino-Nunes is scheduled to be in New York this week concerning a death penalty matter and will therefore be unavailable for the currently scheduled Calendar Call.

3. Ms. Marino-Nunes is set to be arraigned the morning of Wednesday November 12th.

4. The Government, through Assistant United States Attorney Joseph Mahoney, joins in this motion.

5. Co defendant counsel Bradley Horenstein representing Pedro Rodriguez had already filed a motion to continue Calendar Call and Trial on November 6th, 2025, DE37.

6. Undersigned met with Lerianey Oliveira Marino-Nunes on Friday November 7th and agrees to waive Speedy Trial pursuant to 18 USC 3161.

WHEREFORE, the Defense respectfully requests that the sentencing hearing currently set for November 12th, 2025 be reset to a later date convenient to the court and the parties.

Respectfully submitted,

By: _/S/ Khurrum Wahid_
Khurrum Wahid, Esq.
Florida Bar No.: 178764

Wahid Vizcaino Geller, PLLC
2103 Coral Way Suite 401
Miami, FL 33145
Tel: (305) 444-4303

/s/ Joseph A. Mahoney
Joseph A. Mahoney
Assistant United States Attorney
Court ID No. A5503291
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9086

Fax: (305) 536-7213
Email: Joseph.Mahoney2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

By: _/S/ *Khurrum Wahid*_
Khurrum Wahid, Esq.
Florida Bar No.: 178764

Wahid Vizcaino Geller, PLLC
2103 Coral Way Suite 401
Miami, FL 33145
Tel: (305) 444-4303


/s/ Joseph A. Mahoney
Joseph A. Mahoney
Assistant United States Attorney
Court ID No. A5503291
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9086
Fax: (305) 536-7213
Email: Joseph.Mahoney2@usdoj.gov